HONORABLE ROBERT S. LASNIK
TRIAL DATE: June 1, 2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEORGE PRUE,<br><br>                Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                Defendant. | No. C07-1859 RSL<br><br>DEFENDANTS' PROPOSED VOIR DIRE |

Defendants propose the following voir dire questions to be asked of the Jury:

1. Do you know any of the following people:

1. George Prue
2. Mary Harkins
3. Rachael Hogan
4. Aaron Hinkhouse
5. Terry Bustamante
6. Heather Harvey
7. Sheryl Vick
8. Joanne Suffis
9. Kevin Kovach
10. Kristi Johnson
11. Kari Thompson
12. Toni Napoli
13. Dr. David Kauff
14. Dr. Andrea Jacobsen
15. Dr. John Hamm
16. Gilberte Maurice
17. Ron Jackson
18. John Dickens
19. John Stokes
20. Adina Robinson

DEFENDANTS' PROPOSED VOIR DIRE-1
Cause No. C07-1859 RSL
K:\JLF\udub08001\trial docs\p-050609--def prop voir dire.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

21. Cheryl Angeletti-Harris
22. Maria Kim
23. Zeny Quitlong
24. Greg Brazil
25. Lynne Robins, Ph.D.

2. Have you ever been party to a lawsuit?

3. Have you, or a close friend or family member ever been involved in an employment lawsuit of any kind, whether as a party, a witness, or in some other capacity?

4. Have you, a close friend, or family member, ever been terminated from a job? Did you feel the termination was unfair or wrong?

5. Have you, a close friend or family member, ever not been hired for a job for what you felt was unlawful or unfair reason?

6. Have you ever been responsible for making disciplinary, termination or hiring decisions in the workplace?

7. Have you ever been a member of a union? Served as a Union official or steward?

8. Have you ever had an employment complaint made against you? Have you ever the subject of a personnel investigation? Have you ever been involved in a personnel investigation? Have you ever been a witness in a personnel investigation?

9. Do you or any of your family members ever work for a government agency or University?

10. Have you ever had any experience with a temporary staffing agency?

11. Have you or a close friend or family member every have any experience with the EEOC? File a charge? Subject of a charge? Contacted as a witness? Other contact?

12. Have you, a close friend, or a family member ever been discriminated against at work?

13. Have you, a close friend or family member ever experienced racial discrimination in any context? Or discrimination based on any other protected class?

DEFENDANTS' PROPOSED VOIR DIRE-2
Cause No. C07-1859 RSL
K:\JLF\udub08001\trial docs\p-050609--def prop voir dire.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

14. Have you, a close friend or family member ever observed racial discrimination in any context? Or discrimination based on any other protected class?

15. Have you, a close friend or family member ever been accused of racial discrimination in any context? Or discrimination based on any other protected class?

16. Do you, a close friend, or family member, currently work for University of Washington? Ever worked for University of Washington? U-Temp staffing services?

17. Do you, a close friend, or family member, have any significant contact, experience, or involvement with University of Washington? Current? Past? Any contacts with the University of Washington that may affect your ability to keep an open mind and hear the facts of this case?

18. Is there anyone who feels they might have difficulty hearing or deciding a case involving allegations of race discrimination? Of age discrimination?

DATED this 27th day of May, 2009.

KEATING BUCKLIN & MCCORMACK, INC., P.S.

s/Jayne L. Freeman
Jayne L. Freeman, WSBA 24318
*Special Assistant Attorney General for*
*Defendant University of Washington*
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
206-623-8861
206-223-9423 Fax
jfreeman@kbmlawyers.com

DEFENDANTS' PROPOSED VOIR DIRE-3
Cause No. C07-1859 RSL
K:\JLF\udub08001\trial docs\p-050609--def prop voir dire.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

**DECLARATION OF SERVICE**

I hereby certify that on May 27, 2009, I electronically filed Defendant's Proposed Voir Dire with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Subit
Jillian Cutler
Frank, Freed, Subit & Thomas, LLP
705 2nd Avenue, Ste. 1200
Seattle, WA 98104

s/Valerie Macan
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
206-623-8861
206-223-9423 Fax
vmacan@kbmlawyers.com

DEFENDANTS' PROPOSED VOIR DIRE-4
Cause No. C07-1859 RSL
K:\JLF\udub08001\trial docs\p-050609--def prop voir dire.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423