07-CV-01859-DOCTRM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE PRUE,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

    Defendant.

Case No. C07-1859RSL

VERDICT FORM

WE, THE JURY, make the following answers to the questions submitted by the Court:

Question 1: As defined in the Court's instructions, do you find that the University of Washington discriminated against Mr. Prue on the basis of his race in violation of Title VII of the Civil Rights Act of 1964 ("Title VII")?

    Yes _____       No  ✓

Question 2: As defined in the Court's instructions, do you find that the University of Washington discriminated against Mr. Prue on the basis of his age in violation of

the Age Discrimination in Employment Act of 1967 ("ADEA")?

Yes _____    No ___✓___

Question 3: As defined in the Court's instructions, did defendant discriminate against plaintiff on the basis of his race or his age in violation of the Washington Law Against Discrimination ("WLAD")?

Yes _____    No ___✓___

Question 4: As defined in the Court's instructions, did defendant retaliate against Mr. Prue in violation of the WLAD?

Yes _____    No ___✓___

Please answer Question 5 only if you answered "Yes" to at least one of the questions above.

Question 5: If you answered "Yes" to at least one question above, what amount of damages, if any, do you find were caused to plaintiff by defendant's discrimination and/or retaliation?

    a.    Lost past wages and benefits: $_____

    b.    Compensatory damages: $_____

Please sign and return the verdict form.

DATED this ____9th____ day of June, 2009.

_____
Presiding Juror